IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

Ellen Woltal,                        )
                                     )    Civil Action No. 0:12-3384-RBH
        Plaintiff,                   )
                                     )
    v.                               )
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
        Defendant.                   )

<u>ORDER</u>

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by her attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistant United States Attorney, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.

On order of the Court, this case will be remanded to the Appeals Council.   The Appeals Council will remand the case to an ALJ with instructions to incorporate the medical evidence from the claimant's prior application into the current record; reevaluate all of the medical evidence in the record; reassess the claimant's residual functional capacity and credibility assessment; obtain vocational expert testimony; and give the claimant an opportunity for a new hearing.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

1

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

      **AND IT IS SO ORDERED.**

<u>s/R. Bryan Harwell</u>
R. Bryan Harwell
United States District Judge

July 30, 2013

Florence, South Carolina

---

[1]The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.