IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ellen Woltal, ) | Civil Action No.: 0:12-cv-3384-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER FOR AUTHORIZATION OF** |
| Carolyn W. Colvin, Acting Commissioner ) | **ATTORNEY'S FEES PURSUANT** |
| of the Social Security Administration, ) | **TO 42 U.S.C. § 406(b)** |
| ) | |
| Defendant. ) | |
| _____) | |

      This matter is before the Court on motion by Plaintiff's attorney, Geoffry M. Dunn, seeking approval of attorney's fees pursuant to 42 U.S.C. § 406(b). The Court finds and orders an attorney fee of $11,305.00 pursuant to 42 U.S.C. § 406(b). This matter was previously before this court on an appeal of the Commissioner's decision. The case was remanded for further proceedings before an administrative law judge. The disability claim was awarded at a subsequent hearing. I have reviewed the record in the case, the motion, supporting exhibits including award of benefits, hours worked, and fee agreement. Applying the standards of *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), I find the requested fees are reasonable.

      I grant the motion and award Plaintiff's counsel $11,305 in attorney fees pursuant to 42 U.S.C. § 406(b).[1]

      IT IS SO ORDERED!

                                    s/R. Bryan Harwell
                                    R. Bryan Harwell
                                    United States District Judge

June 18, 2014
Florence, SC

---

[1] This amount includes the $6000 already paid by the Social Security administration through the fee approval process. The net amount to be paid at this time is $5305.